UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ MAR 29 2019 ★
BROOKLYN OFFICE

---

DESMOND DELGADILLO, an individual,

Plaintiffs,

v.

RAINBOW APPAREL DISTRIBUTION CENTER, CORP., a New Jersey, corporation,

Defendant.

Case No. 1:18-cv-06776-SJ-ST

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Desmond Delgadillo ("Plaintiff") and Defendant Rainbow Apparel Distribution Center, Corp. ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       March 18, 2019

| SEYFARTH SHAW LLP | THE DANN LAW FIRM |
|---|---|
| By /s/ Samuel Sverdlov | By /s/ Javier L. Merino |
| Samuel Sverdlov | Javier L. Merino |
| 620 8th Avenue, 32nd Floor | 1 Meadowlands Plaza, Suite 200 |
| New York, NY 10018 | East Rutherford, NJ 07073 |
| Telephone: (212) 218-5547 | Telephone: (201) 355-3440 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**SO ORDERED** this ____ day of _____, 2019

_____
HON. STERLING JOHNSON, JR., U.S.D.J.

SO ORDERED
On this 21 day of March 2019.
/s/(SJ)
STERLING JOHNSON, JR., U.S.D.J.

55683691v.1